# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    GERALD ROBERT TEW                                                                    Chapter 13
Case No.: 08-73844-FJS

Debtor

**REPORT BY TRUSTEE OF COMPLETION OF PLAN PAYMENTS**

   NOW COMES the Chapter 13 Trustee herein, Michael P. Cotter, and certifies to the Court that the debtors have completed their plan payments pursuant to the confirmed plan in this case and are entitled to receive their discharge at this time pursuant to Section 1328(a) of the Bankruptcy Code.  Your trustee will proceed to close this case and file his "Final Report And Account" upon the clearing of all outstanding checks.

                                                            Respectfully submitted,


                                                            /s/ Michael P. Cotter
                                                            Michael P. Cotter
                                                            Chapter 13 Trustee


Date:  February 14, 2013