# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division

**In re:**                                                 **Case Number**  08−73844−FJS
                                                                **Chapter**  13

Gerald Robert Tew

                        Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 (form attached) as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:  February 19, 2013                                  William C. Redden , Clerk
                                                                              United States Bankruptcy Court

[ntcLBRvApril2010.jsp ver 04/01/2010]

```
                         United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                             Case No. 08-73844-FJS
Gerald Robert Tew                                                  Chapter 13
         Debtor               CERTIFICATE OF NOTICE
District/off: 0422-8          User: nobilea                Page 1 of 2          Date Rcvd: Feb 19, 2013
                              Form ID: ntc4008             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
db          +Gerald Robert Tew,    829 Dana Drive,    Chesapeake, VA 23321-2922
8569302     +Brink’s Home Security,    8880 Esters Blvd,    Irving, TX 75063-2419
8569303     +Capital One Bank (USA) N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
8569304      Countrywide Home Loans,    ATTN: Customer Service SVB-314,    PO Box 5170,
              Simi Valley, CA 93062-5170
8569305     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Directv,    PO Box 6550,    Englewood, CO 80155-6550)
8569306     +HSBC,   Bankruptcy Department,    PO Box 5213,    Chicago, IL 60680-5213
8569307      Juniper Bank,    P.O. Box 13337,    Philadelphia, PA 19101-3337
8569309     +Shapiro & Burson LLP,    236 Clearfield Ave. Ste. 215,    Virginia Beach, VA 23462-1893
8710800      eCAST Settlement Corporation assignee of,    Capital One Bank,    POB 35480,    Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2013 04:34:17
              Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
10900384    +E-mail/Text: resurgentbknotifications@resurgent.com Feb 20 2013 04:20:08
              East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
              Greenville, SC 29602-0288
8569308     +E-mail/Text: camanagement@mandtbank.com Feb 20 2013 04:21:35     M&T,    PO Box 1288,
              Buffalo, NY 14240-1288
8704598      E-mail/Text: camanagement@mandtbank.com Feb 20 2013 04:21:35     M&T Credit Services,
              c/o Consumer Collections Dept.,    Attn: Bankruptcy Operations,    PO Box 767,
              Buffalo, NY 14240
8639870      E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2013 04:34:16
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
8739141      E-mail/Text: resurgentbknotifications@resurgent.com Feb 20 2013 04:20:08     Roundup Funding, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
8569301     +E-mail/Text: ustpregion04.no.ecf@usdoj.gov Feb 20 2013 04:43:02     US Trustee,
              200 Granby Street,    Room 625,    Norfolk, VA 23510-1814
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
              GREENVILLE, SC 29602-0288
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-8          User: nobilea              Page 2 of 2                  Date Rcvd: Feb 19, 2013
                              Form ID: ntc4008           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2013 at the address(es) listed below:
          Michael P. Cotter    courtmail@mpcch13.com
          Steve C. Taylor    on behalf of Debtor Gerald Tew bankruptcyattorney@call54legal.com, bkparalegal@call54legal.com
          Warren A. Uthe, Jr.    on behalf of Trustee George Neal warrenecf@mpcch13.com
          TOTAL: 3